

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALASKA LABORERS EMPLOYERS RETIREMENT FUND, On Behalf of Itself and All Others Similarly Situated and Derivatively on Behalf of Clear Channel Communications, Inc., <br> Plaintiffs, <br><br> v. <br><br> L. LOWRY MAYS, *et al.*, <br> Defendants, <br><br> - and - <br><br> CLEAR CHANNEL COMMUNICATIONS, INC., a Texas corporation, <br> Nominal Defendant. | § § § § § § § § § § § § § § § § § § § § § CLASS AND DERIVATIVE ACTION <br><br><br><br><br><br> No. SA-07-CA-0042-RF |

## ORDER

On this day, the Court considered the status of this case. On May 23, 2007, the Court signed an order permitting Plaintiffs to file amended complaints no later than 14 days after Clear Channel files its amended proxy and prospectus with the Securities and Exchange Commission. The original complaint and corresponding motions were effectively rendered moot by significant changes in the terms of the proposed merger. Because this case is dormant, it should be administratively closed until the amended complaints are filed.[1]

---

[1] *See CitiFinancial Corp. v. Harrison*, 453 F.3d 245, 250 (5th Cir. 2006); *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004).

- Page 1

Accordingly, it is ORDERED that this case is administratively closed, subject to reopening upon the filing of amended complaints.

Signed this 1ST day of August, 2007.

*Royal Furgeson*
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

- Page 2