DOCUMENT PLACED UNDER SEAL