UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 2 7 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| ALASKA LABORERS EMPLOYERS RETIREMENT FUND,<br>    Plaintiff,<br><br>v.<br><br>MAYS ET AL.,<br>    Defendants. | § § § § § § § § § § § No. SA-07-CV-00042-WRF |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE

BEFORE THE COURT are Defendant's Motion to Dismiss (Docket No. 113), filed September 24, 2007; Plaintiff's Response (Docket No. 125), filed November 5, 2007; and Defendant's Reply (Docket No. 129), filed November 26, 2007. The Court had a hearing on this matter on August 26, 2008. After careful consideration of the representations made by Plaintiffs, the Court is of the opinion that Defendant's Motion to Dismiss (Docket No. 113) should be DENIED WITHOUT PREJUDICE.

Plaintiff represented to the Court that it will be seeking dismissal of this case after the issue of Plaintiff's legal fees is resolved. Plaintiff contends that legal fees are appropriate, in part, because it feels the underlying litigation caused material change in the transaction at issue. Accordingly, the Court will address whether legal fees are appropriate and will do so

under the legal standard set forth in cases such as *O'Neill v. Church's Fried Chicken*, 910 F.2d 264 (5th Cir. 1990). Thus, the Court is of the opinion that Defendant's Motion to Dismiss should be denied at this time.

For the reasons stated above, Defendant's Motion to Dismiss (Docket No. 113) is DENIED WITHOUT PREJUDICE.

It is so ORDERED.

Signed this 27th day of August, 2008.

                                                            ROYAL FURGESON
                                                            UNITED STATES DISTRICT JUDGE